PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Sherman_ DIVISION

**FILED**
APR 07 2022
Clerk, U.S. District Court
Eastern District of Texas

Courtney Franklin #37472
Plaintiff's Name and ID Number

Lamar County Jail
Place of Confinement

CASE NO. 4:22 CV 294 ALM
(Clerk will assign the number)

v.

Lamar County Jail 125 Brown Ave. Paris, Tx 75460
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: March 1, 2022
      2. Parties to previous lawsuit:
         Plaintiff(s) Courtney Franklin #37472
         Defendant(s) Lamar County Civil
      3. Court: (If federal, name the district; if state, name the county.) Eastern District - Sherman Division
      4. Cause number: 4:22-CV-220
      5. Name of judge to whom case was assigned: Judge Mazzant
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
      7. Approximate date of disposition: _____

2

II. PLACE OF PRESENT CONFINEMENT: Lamar County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES __ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

I've mailed the C.I.D forms I've filled out, Jail says lawyer has to subpena my account to get grievances I've filed on matter.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Courtney Franklin
Home - 1012 17th St NE Paris, Tx 75460
Current - 125 Brown Ave. Paris, Tx 75460

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lamar County Jail
125 Brown Ave Paris, Tx 75460

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

The jail denies me equal protection of authorities violating my 14th amendment right. Also this is retaliation by the jail for filing previous suits against them for misconduct.

Defendant #2: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Febuary 8, 2022 I was the victim of a credit card scam. Funds was added to my account from a stolen credit card. As soon as I realized what had happened to my Inmate Trust fund account. I notified Lamar County Jail staff members of the people involved and my thoughts on how it was done. Advised the jail to check cameras and phone calls (b/c they are recorded) to verify my story. I filled out multiple C.I.D forms to speak with County Detectives as well as grievances. I said I wanted to file charges, give sworn testimoney, and dispute the amount that they're try to make me responsible for ($275.00) The jail hasn't complied or responded to any of my request. Won't send detective investigate the fraud or nothing. But the continue to take any funds added to my account without my permission and without any dispute process taken place. Protecting the conspirators.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wish for federal courts to have the jail pay me for their violations of my rights (14th Amendment) Also pay me for retaliation and mental anguish they have caused me. Also if there are any type of reprimand by the state to be enforced on them.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
   Courtney Franklin

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
   # 37472

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?        ___YES ___NO

4

*To be filed with this case for evidence*

*Dorm 3*

# LAMAR COUNTY SHERIFF'S OFFICE
## JAIL DIVISION
### INMATE REQUEST FORM

FORM ISSUED BY D/O: MP1344   DATE: 12-29-21   TIME: 1011

NAME: Courtney Franklin   DATE: 12-29-21   CELL ASSIGNMENT: Dorm 1

PLEASE CIRCLE WHICH DEPARTMENT YOU ARE DIRECTING THIS REQUEST TOWARDS

**(ADMINISTRATION)**   KITCHEN   CLASSIFICATION   COMMISSARY   VISITATION   SHIFT SUPERVISOR

PLEASE STATE NATURE OF REQUEST:

The jail has the right to not return responses to previous grievances, but it is upon the jails discretion to ~~~~ do so. I've read the law and nothing keeps the jail either from giving me the papers that I'm asking for. If I have to subpoena my account, then I might as well go ahead with a complete litigation civil suit against the County. All I'm asking for are previous grievances that I've turned in that would give me the answers that I need. To know the way the grievance process works within Lamar County Jail. I'm getting told different answers by different ranking officers.

We do not have to provide you with copies of previous greivences. You can find all copies of previous greivences you have put on the Kiosk. Paper copies do not have to be given to you. Det. Deputy MP1344

INMATE SIGNATURE: Courtney Fran[klin]   DATE: 2-4-2022
RECEIVING D/O: Raney 705   TIME: 1540   DATE: 2-4-22

Lamar County Sheriff Office                        Scott Cass – Sheriff

*Attention: To be filed with this case. Need copy for Evidence*

# LAMAR COUNTY JAIL
## INMATE REQUEST FOR CID

**Inmate Name:** Courtney Franklin

**CID Detective Requested:** Any

**Inmate Location:** Lamar County Jail

**Date:** 3-16-2022

**Time:** 9:00 Am

**Detention Officer:**

**Badge:**

☐ City Case   ☒ County Case   ☐ Other

**REASON (If Known):** Wish to speak with Detective about fraudulent monies added to my account. Billy Doyle had funds placed on my account 2-8-2022. He spent the money and got the commissary film will show the truth. Also even the week he left the commissary went to Jamie Dickey his cousin. I shouldn't have to pay from my future funds for something I wasn't aware that he was doing illegally. Croussey girlfriend was the one running a scam. And used the credit card. I was lied to by Billy Doyle and wasn't aware of the illegal activities and wish to file charges myself.



Inmate Request for CID

Page 1

To be filed with this case

# LAMAR COUNTY JAIL
## INMATE REQUEST FOR CID

**Inmate Name:** Courtney Franklin

**CID Detective Requested:** Hiy

**Inmate Location:** Lamar County Jail

**Date:** 3-23-2022

**Time:** 08 05

**Detention Officer:** R George

**Badge:** 727

☐ City Case   ☒ County Case   ☐ Other

**REASON (If Known):** was victem to a Commissary scam by Billy Doyle This is 3rd time filling out CID form and placed multiple grievances in already.



Inmate Request for CID                                         Page 1

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: 3-25-2022
DATE

_Courtney Franklin_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  25th  day of  March , 20 22 .
           (Day)                (month)           (year)

_Courtney Franklin_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5